Case Name: WARD, ALVIN R.
                 MCQUADE-WARD, ROBIN J.
Case No:     07 B 70414

## CERTIFICATION OF REVIEW

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 9/6/07                               WILLIAM T. NEARY
                                               United States Trustee, Region 11


                              BY:    __/s/_____
                                       CAROLE J. RYCZEK
                                       Attorney for the U.S. Trustee