IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

IN RE:
WARD, ALVIN R
MCQUADE-WARD, ROBIN J

MCQUADE-BRUECKNER, ROBIN J
          Debtor(s)

CHAPTER 7 -- Liquidation

CASE NO. 07-70414 MB

HONORABLE MANUEL BARBOSA

Social Security/Employer Tax ID Number: xxx-xx-6355

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 220
   Rockford, IL 61101

   on: OCTOBER 3, 2007
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | | 23.67 |
| BERNARD J. NATALE, LTD. Trustee's Firm Legal | $ 0.00 | 913.00 | |
| BERNARD J. NATALE Trustee | $ 0.00 | 1,001.39 | |

4. The Trustee's Final Report shows total:

|   |   |   |
|---|---|---|
| a. Receipts | $ | 4,005.54 |
| b. Disbursements | $ | 3.42 |
| c. Net Cash Available for Distribution | $ | 4,002.12 |

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $2,064.06, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $28,734.73, resulting in an approximate distribution of 7.18% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.


DATE: September 6, 2007                     For the Court,


                                            By:/s/ BERNARD J NATALE

                                                Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cshabez                Page 1 of 1       Date Rcvd: Sep 07, 2007
Case: 07-70414                 Form ID: pdf002              Total Served: 25

The following entities were served by first class mail on Sep 09, 2007.
db          +Alvin R Ward,    126 Harvest Glenn Drive,    Davis Junction, IL 61020-9799
jdb         +Robin J McQuade-Ward,    126 Harvest Glenn Drive,    Davis Junction, IL 61020-9799
aty         +William L Balsley,    Balsley & Dahlberg, LLP,    5130 N. Second Street,
              Loves Park, IL 61111-5002
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
11201806     BANK OF AMERICA,    P.O. Box 15026,    Wilmington, DE 19850-5026
11201807    +BYRON BANK,    200 N. Walnut,    Byron, IL 61010-8803
11201808     CAPITAL ONE,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
11201809     CHARTER ONE,    P.O. Box 18204,    Bridgeport, CT 06601-3204
11201810    +CITI CARDS,    P.O. Box 6000,    The Lakes, NV 89163-0001
11201812    +EARTHMOVER CREDIT UNION,    P.O. Box 2937,    Aurora, IL 60507-2937
11201813    +ER SOLUTIONS,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
11201814    +GMAC,    P.O. Box 12699,    Glendale, AZ 85318-2699
11201815    +GMAC MORTGAGE CORPORATION,    Attn: Customer Service,    P.O. Box 780,    Waterloo, IA 50704-0780
11201816    +HERITAGE FEDERAL CREDIT UNION,    1212 Huxley Street,    P.O. Box 14047,    Madison, WI 53708-0047
11201817    +MENARD'S,    c/o Retail Services,    P.O. Box 15521,    Wilmington, DE 19850-5521
11201818    +PORTFOLIO RECOVERY ASSOCIATES,    P.O. Box 4115,    Dept. 922,    Concord, CA 94524-4115
11368639    +Portfolio Recovery Associates, Llc.,    POB 41067,    NORFOLK VA 23541-1067
11329270    +RBS NB,    Attn Kathy Yarbrough,    PO Box 7054,    Bridgeport, CT 06601-7054
11313801    +Recovery Management Systems Corporation,    For GE Money Bank,    dba Sam's Club,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
11201819     SAM'S CLUB,    P.O. Box 981064,    El Paso, TX 79998-1064
11201820     THE HOME DEPOT,    P.O. Box 689100,    Des Moines, IA 50368-9100
11201821   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   U.S. BANK,    Mail Loc.CNTX05 Attn: 5th Fl. BK.,    P.O. Box 5229,
              Cincinnati, OH 45201)
11354354    +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229

The following entities were served by electronic transmission on Sep 08, 2007.
11201811      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 08 2007 02:15:05     DISCOVER CARD,
               P.O. Box 15192,    Wilmington, DE 19850-5192
11310456      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 08 2007 02:15:05
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 09, 2007**          **Signature:** *Joseph Speetjens*