# JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 29, 2007 through October 31, 2007

Account Number: **000312111968966**

## CUSTOMER SERVICE INFORMATION

Service Center:    1-800-634-5273

00015563 DBI 802 24 30507 - NNN  1  000000000  60 0000
07-70414 WARD ALVIN R
MCQUADE-WARD ROBIN J DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CHECKING SUMMARY

Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $4,002.12 |
| Checks Paid | 9 | - 4,002.12 |
| Ending Balance | 9 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 101 | 10/04 | $1,001.39 |
| 102 | 10/09 | 459.59 |
| 103 | 10/09 | 170.51 |
| 104 | 10/11 | 74.25 |
| 105 | 10/15 | 882.33 |
| 106 | 10/11 | 367.85 |
| 107 | 10/09 | 94.53 |
| 108 | 10/26 | 15.00 |
| 109 | 10/04 | 936.67 |
| **Total Checks Paid** |  | **$4,002.12** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 10/04 | $2,064.06 |
| 10/09 | 1,339.43 |
| 10/11 | 897.33 |
| 10/15 | 15.00 |
| 10/26 | 0.00 |



EXHIBIT C



11-12-07

Page 1 of 6